

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20011-CR-MOORE/LOUIS

18 U.S.C. § 371
18 U.S.C. § 982(a)(2)(A)

UNITED STATES OF AMERICA

vs.

YOANIS BERTEMATTI and
ZAILY JOMOLCA BRITO,

                Defendants.
_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At various times relevant to this Information:

1. Paramount Residential Mortgage Group, Inc. ("PRMG") was a California corporation doing business as a mortgage lender throughout the United States, including in the State of Florida.

2. My Mortgage, Inc. ("My Mortgage") was a Delaware corporation doing business as a mortgage lender throughout the United States, including in the State of Florida.

3. Defendant **YOANIS BERTEMATTI**, an individual who resided in Miami-Dade County, Florida, was a licensed real estate sales associate.

4. Defendant **ZAILY JOMOLCA BRITO** was an individual who resided in Miami-Dade County, Florida.

5. The term "mortgage" was used in the real estate industry to refer to a loan to finance the purchase of real estate property, usually with specified payment periods and interest rates, in which the borrower/mortgagor gave the lender/mortgagee a lien on the property as collateral for the loan.

6. The term "lenders" referred collectively to the mortgage lenders set forth in the preceding paragraphs 1 and 2, each of which extended mortgage loans and disbursed mortgage loan proceeds to fund the financing of residential properties in the State of Florida. The lender was often referred to as the "lien holder."

## CONSPIRACY TO COMMIT BANK FRAUD
## (18 U.S.C. § 371)

From in or around December 2020, through in or around August 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**YOANIS BERTEMATTI and**
**ZAILY JOMOLCA BRITO,**

did knowingly and willfully combine, conspire, confederate, and agree with each other to commit an offense against the United States of America, that is, to knowingly, and with intent to defraud, execute, and cause the execution of, a scheme and artifice to defraud one or more financial institutions, including PRMG and My Mortgage, which scheme and artifice would employ a material falsehood, and to knowingly, and with intent to defraud, execute, and cause the execution of, a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of, one or more financial institutions, by means of false and fraudulent pretenses, representations, and promises relating to a material fact, in violation of Title 18, United States Code, Sections 1344(1) and (2).

## PURPOSE OF THE CONSPIRACY

7. It was the purpose of the conspiracy for the defendants to unlawfully enrich themselves by, among other things, submitting false and fraudulent mortgage loan applications and supporting documents to lending institutions, thereby inducing the lending institutions to make mortgage loans to unqualified buyers for the purchase and financing of residential properties.

## MANNER AND MEANS OF CONSPIRACY

The manner and means by which the defendants sought to accomplish the object and purpose of the conspiracy included, among others, the following:

8. **YOANIS BERTEMATTI** prepared, and caused to be prepared, false and fraudulent mortgage applications and other related documents on behalf of the unqualified buyers. The loan applications and related documents, which were submitted to lenders, contained numerous false statements and representations relating to the unqualified buyers' employment, income, deposits and assets. The false and fraudulent documents were used to induce the lenders to fund mortgage loans to purchase and finance residential properties.

9. **YOANIS BERTEMATTI** obtained from the unqualified buyers copies of their bank statements. **BERTEMATTI** then provided those statements to **ZAILY JOMOLCA BRITO**. **BRITO** then altered those statements by, among other things, increasing the balances on those statements and adding regular deposits from the unqualified buyers' purported employers in order to be consistent with the false statements on the fraudulent mortgage applications prepared by **BERTEMATTI**. **BRITO** then provided the forged and altered statements to **BERTEMATTI** who, in turn, provided those documents to the lenders in support of the fraudulent mortgage loan applications.

10. Having received the false and fraudulent loan applications and related documents submitted by **YOANIS BERTEMATTI**, the lenders approved the fraudulent loan requests. Over the course of the scheme, the defendants fraudulently caused the lenders to fund at least $3,357,074 in loans.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the purpose and object thereof, at least one of the conspirators committed and caused to be committed in the Southern District of Florida and elsewhere, at least one of the following acts, among others:

1. On or about December 14, 2020, **ZAILY JOMOLCA BRITO** emailed **YOANIS BERTEMATTI** a forged and altered bank statement, which **BERTEMATTI** thereafter submitted to My Mortgage in support of a false and fraudulent application for a $338,751 mortgage for the purchase of a residential property located on 264th Street in Homestead, Florida 33032 by an unqualified buyer.

2. On or about December 15, 2020, **ZAILY JOMOLCA BRITO** emailed **YOANIS BERTEMATTI** a forged and altered bank statement, which **BERTEMATTI** thereafter submitted to PRMG in support of a false and fraudulent application for a $466,396 mortgage for the purchase of a residential property located on SE 9th Avenue in Hialeah, Florida 33010 by an unqualified buyer.

3. On or about January 20, 2021, **ZAILY JOMOLCA BRITO** emailed **YOANIS BERTEMATTI** a forged and altered bank statement, which **BERTEMATTI** thereafter submitted to My Mortgage in support of a false and fraudulent application for a $327,685 mortgage for the purchase of a residential property located on 100th Street in Miami, Florida 33147 by an unqualified buyer.

4. On or about February 16, 2021, **ZAILY JOMOLCA BRITO** emailed **YOANIS BERTEMATTI** a forged and altered bank statement, which **BERTEMATTI** thereafter submitted to My Mortgage in support of a false and fraudulent application for a $240,562 mortgage for the purchase of a residential property located on Nelson Road N in Cape Coral, Florida 33993 by an unqualified buyer.

5. On or about April 13, 2021, **ZAILY JOMOLCA BRITO** emailed **YOANIS BERTEMATTI** a forged and altered bank statement, which **BERTEMATTI** thereafter submitted to My Mortgage in support of a false and fraudulent application for a $308,582 mortgage for the purchase of a residential property located on SW 48th Avenue in West Park, Florida 33023 by an unqualified buyer.

6. On or about June 23, 2021, **ZAILY JOMOLCA BRITO** emailed **YOANIS BERTEMATTI** a forged and altered bank statement, which **BERTEMATTI** thereafter submitted to My Mortgage in support of a false and fraudulent application for a $336,787 mortgage for the purchase of a residential property located on NW 67th Street in Tamarac, Florida 33321 by an unqualified buyer.

7. On or about July 26, 2021, **ZAILY JOMOLCA BRITO** emailed **YOANIS BERTEMATTI** a forged and altered bank statement, which **BERTEMATTI** thereafter submitted to My Mortgage in support of a false and fraudulent application for a $387,845 mortgage for the purchase of a residential property located on Tennessee Avenue in Fort Lauderdale, Florida 33312 by an unqualified buyer.

8. On or about July 27, 2021, **ZAILY JOMOLCA BRITO** emailed **YOANIS BERTEMATTI** a forged and altered bank statement, which **BERTEMATTI** thereafter submitted to My Mortgage in support of a false and fraudulent application for a $319,113

mortgage for the purchase of a residential property located on NE 28th Court in Pompano Beach, Florida 33064 by an unqualified buyer.

9. On or about August 10, 2021, **ZAILY JOMOLCA BRITO** emailed **YOANIS BERTEMATTI** a forged and altered bank statement, which **BERTEMATTI** thereafter submitted to My Mortgage in support of a false and fraudulent application for a $319,113 mortgage for the purchase of a residential property located on NW 51st Street in Miami, Florida 33142 by an unqualified buyer.

10. On or about August 19, 2021, **ZAILY JOMOLCA BRITO** emailed **YOANIS BERTEMATTI** a forged and altered bank statement, which **BERTEMATTI** thereafter submitted to My Mortgage in support of a false and fraudulent application for a $312,240 mortgage for the purchase of a residential property located on SW 139th Path in Homestead, Florida 33032 by an unqualified buyer.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **YOANIS BERTEMATTI** and **ZAILY JOMOLCA BRITO**, have an interest.

2. Upon conviction of a conspiracy to violate Title 18, United States Code, Section 1344, as alleged in this Information, the defendants shall forfeit to the United States any property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(A).

All pursuant to Title 18, United States Code, Section 982(a)(2)(A) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
SEAN PAUL CRONIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Yoanis Bertematti et al.,

_____/
Defendants.

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- [x] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take 0 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [x] 0 to 5 days
   - II [ ] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [x] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge              Case No.

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge              Case No.

9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the              District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Sean Paul Cronin
Assistant United States Attorney
Court ID No.    A5500940

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Yoanis Bertematti

**Case No:** _____

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 371
* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 3 years
* Max. Fine: The greater of $250,000 or twice the gross loss or gain

Count #:

* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

Count #:

* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Zaily Jomolca Brito

**Case No:** _____

Count #: 1

Conspiracy to Commit Bank Fraud

Title 18, United States Code, Section 371
* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: The greater of $250,000 or twice the gross loss or gain

Count #:

* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

Count #:

* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Yoanis Bertematti

$100,000 Personal Surety Bond

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Sean Paul Cronin

Last Known Address: ███████████████

What Facility: _____

Agent(s):   Michael Hurley

(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

Department of Housing and Urban Development - OIG

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Zaily Jomolca Brito

$100,000 Personal Surety Bond

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Sean Paul Cronin

Last Known Address: ███████████

What Facility: _____

_____

Agent(s):   Michael Hurley
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)
Department of Housing and Urban Development - OIG