UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   23-20011-CR-MOORE
Magistrate Judge Lauren F. Louis

UNITED STATES OF AMERICA

vs.

YOANIS BERTEMATTI,

Defendant.

_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida and Yoanis

Bertematti (hereinafter referred to as the "defendant") agree that, had this case proceeded to trial,

the United States would have presented evidence proving the following beyond a reasonable doubt:

Internal investigations by mortgage lenders Paramount Residential Mortgage Group, Inc.

("PRMG") and My Mortgage Inc. ("My Mortgage") revealed that multiple mortgage loan

applications of borrowers who obtained mortgages in order to purchase residential properties in

the Southern District of Florida contained misrepresentations of the borrowers' liquid assets. The

defendant, a licensed Real Estate Sales Associate in the state of Florida since May 20, 2015, acted

as the buyer's real estate agent for all of the borrowers in question. Subsequently, law enforcement

obtained the relevant loan files from PRMG and My Mortgage containing the purported bank

statements of the borrowers. Law enforcement then obtained copies of those statements directly

from the banks and confirmed that the bank statements submitted to the lenders had been altered

to, among other things, increase the amount of money the borrowers had in their bank accounts

and reflect biweekly payroll deposits in line with the income claimed on the loan applications. A

review of PRMG's email archives revealed that at least five of the altered bank statements had

1

been emailed from the defendant directly to a PRMG Loan Officer. Subsequently, law enforcement obtained a judicial search warrant for the defendant's Hotmail account. Those returns evidence that, on multiple occasions, the defendant received bank statements from her clients. Thereafter, co-defendant Zaily Jomolca Brito emailed the defendant altered versions of those statements, which the defendant then provided to the mortgage lenders. Brito also emailed the defendant forged employment records, such as pay stubs, that the defendant also provided to the lenders. For each of the properties set forth in the overt acts section of the Information, Brito emailed the defendant forged bank statements that were subsequently submitted to either PRMG or My Mortgage in support of false statements on mortgage loan applications for which the defendant served as the buyer's real estate agent.

When interviewed by law enforcement, the defendant admitted to providing her client's true bank statements Brito, receiving forged versions of those statements back from Brito, and providing those forged statements to the mortgage lenders.

The United States and the defendant agree that these facts are sufficient to establish the defendant's guilt as to the Information.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 2/25/23      By: _____
SEAN PAUL CRONIN
ASSISTANT UNITED STATES ATTORNEY

Date: 2/24/23      By: _____
DIEGO WEINER, ESQ.
JEFFREY S. WEINER, P.A.
ATTORNEY FOR DEFENDANT

Date: 2/23/2023    By: _____
YOANIS BERTEMATTI
DEFENDANT

2